In the Matter of LEON FREINCLE v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

LEO YASSKY v. HARRY LITTMAN et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

In the Matter of JOSEPH QUITTNER, as Chairman of Tenants Committee, v. ROBERT E. HERMAN, as State Rent Administrator et al.—

Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of the Appointment of a Committee of the Person and Property of MICHAEL T. MARSHALL, an Alleged Incompetent Person. MICHAEL T. MARSHALL, JR.; MARY L. MARSHALL et al.—

Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.